# Supreme Court of Florida

_____

No. SC19-533

_____

**IN RE:  AMENDMENTS TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.230.**

July 11, 2019

PER CURIAM.

The Court, on its own motion, amends Florida Rule of Judicial Administration 2.230(e) (Trial Court Budget Commission; Membership and Organization).[1]  *See* Fla. R. Jud. Admin. 2.140(g).

The Court published the amendments to rule 2.230 for comment.  No comments were filed.  The Court now amends that rule as follows.  Subdivision (e) of rule 2.230 is amended to provide that the Chief Justice will appoint members to the Trial Court Budget Commission "who are from different levels of court (circuit or county)."  Subdivision (e)(1) is amended to require the membership of the Commission to include a minimum of twelve, rather than fourteen, trial judges and

_____

    1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.

a minimum of five, rather than seven, trial court administrators. Language in subdivision (e)(5) addressing appointment of original Commission members is deleted as obsolete. The last paragraph of the rule is moved to subdivision (e)(5) and new language is added providing that voting members may serve "no more than two full terms" and "[n]otwithstanding that limitation, the chief justice may appoint a member for additional terms if [this Court] determines it is in the best interests of the trial courts." Language is added to the last sentence providing that appointment to serve the remainder of a departing member's term "shall not count toward the limitation on the number of terms."

Accordingly, the Florida Rules of Judicial Administration are amended as set forth in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective immediately upon the release of this opinion.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, LAGOA, LUCK, and MUÑIZ, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Judicial Administration

**APPENDIX**

**RULE 2.230.        TRIAL COURT BUDGET COMMISSION**

**(a) – (d)        [No Change]**

**(e)        Membership and Organization.** The Trial Court Budget Commission will be composed of 21 voting members appointed by the chief justice who will be trial court judges and trial court administrators and who will represent the interests of the trial courts generally rather than the individual interests of a particular circuit, level of court, or division.  The respective presidents of the Conference of Circuit Court Judges, and the Conference of County Court Judges, and the chair of the Commission on Trial Court Performance and Accountability shall serve as ex officio nonvoting members of the Ccommission.  The chief justice will make appointments to ensure that the broad interests of the trial courts are represented by including members who are from different levels of court (circuit or county), who have experience in different divisions, who have expertise in court operations or administrative matters, and who offer geographic, racial, ethnic, and gender diversity.

**(1)**        The membership must include 14a minimum of 12 trial court judges and 7a minimum of 5 trial court administrators.

**(2) – (4)        [No Change]**

**(5)**        The original members of the commission will be appointed as follows:

(A)        7 members shall be appointed for a 2-year term;

(B)        7 members shall be appointed for a 4-year term; and

(C)        7 members shall be appointed for one 6-year term. All subsequentVoting members will each be appointed for onea 6-year term and may serve no more than two full terms.  Notwithstanding that limitation, the chief justice may appoint a member for additional terms if the supreme court determines it is in the best interests of the trial courts.  In the event of a vacancy, the chief justice will appoint a new member to serve for the remainder of the departing member's term, which service shall not count toward the limitation on the number of terms.

**(6)** [No Change]

**(f)** [No Change]